**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00474-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK ANTHONY COBBS,

    Defendant.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 9th day of May, 2008.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              UNITED STATES DISTRICT COURT JUDGE